UNITED TRANSPORTS, INC., ET AL. *v.* UNITED STATES ET AL.

No. 868. Decided March 7, 1966.

*James W. Wrape, Robert E. Joyner* and *Reagan Sayers* for appellants.

*Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Robert W. Ginnane* and *Robert S. Burk* for the United States et al.; *Paul F. Sullivan* for Kenosha Auto Transport Corp., and *Donald W. Smith* for Commercial Carriers, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgments are affirmed.

CIESIELSKI *v.* OHIO.

No. 920. Decided March 7, 1966.

*Theodore R. Saker* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.